# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Priority
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

| Case No. | CR 04-01376 CBM | Date | February 14, 2006 |
|---|---|---|---|

Present: The Honorable **HONORABLE CONSUELO B. MARSHALL, DISTRICT JUDGE**

Interpreter   N/A

| Joseph M. Levario | Not Present | Matt Sloan / Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Ronald Phillip Wallace - Not Present | | x | | Marilyn Bednarski, Rtnd | Not | | x |

**Proceedings:**   IN CHAMBERS - NOTICE - CONTINUATION OF SENTENCING

The court, on its own Motion, continues the sentencing from February 27, 2006, to Tuesday, **February 28, 2006, at 10:00 a.m.**

cc:   All Counsel of Record
      USM
      USP
      PSA

Initials of Deputy Clerk   JL

ENTER ON ICMS
FEB 15 2006