DEBRA WONG YANG
United States Attorney
THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division
MATTHEW E. SLOAN (State Bar No. 165165)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California
    Telephone: (213) 894-0619
    Facsimile: (213) 894-6269
    Matthew.Sloan@usdoj.gov

Attorneys for Plaintiff
United States of America.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>      v.<br>RONALD PHILLIP WALLACE<br>        Defendant. | No. CR 04-1376-CBM<br><br>**STIPULATION RE: DISTRIBUTION OF SEALED MEDICAL RECORDS TO BUREAU OF PRISON'S MEDICAL STAFF; [PROPOSED] ORDER**<br><br>Sentencing: June 12, 2006<br>Hearing Time: 1:30 p.m. |

Plaintiff, by and through its attorney of record, the United States Attorney for the Central District of California, and defendant Ronald Phillip Wallace ("defendant"), by and through his attorney of record, Marilyn E. Bednarski, hereby stipulate and agree to the following and agree that the Court should make the following findings, based upon this stipulation and the record in this matter:

\\\

\\\

1. On June 29, 2005, defendant pled guilty to multiple counts of mail fraud, wire fraud, and money laundering (Counts 4, 5, 6, 11, 12, 15 and 20 of the Indictment).

2. The United States Attorneys Office ("USAO") filed its sentencing position on or about February 21, 2006.

3. Sentencing in this matter is currently scheduled for June 12, 2006 at 1:30 p.m.

4. On or about May 16, defendant filed his sentencing position <u>under seal</u>. Defendant's sentencing position asserts that defendant should be given a non-custodial sentence at least in part because of defendant's medical condition. More specifically, defendant contends that he has a severe case of Crohn's disease; that the Bureau of Prisons ("BOP") would be unable to provide him satisfactory medical treatment of this condition if he were incarcerated; and that his health would therefore be jeopardized if he were give an extended custodial sentence as recommended by the USAO. In support of this position, defendant has submitted detailed and confidential medical records to the court that he seeks to remain under seal. Defendant's counsel has also informed the USAO that she intends to provide the USAO with additional medical records concerning defendant's medical condition (collectively, the "medical records").

5. The USAO does not object to and agrees that defendant's confidential medical records should remain under seal. However, in order for the USAO to make an informed determination as to

whether the BOP could provide satisfactory treatment to defendant if he were incarcerated, the USAO hereby seeks permission to make defendant's medical records, including defendant's May 16, 2006 Sentencing Memorandum, available to the BOP's medical and health services staff for the limited purpose of reviewing the said medical records and reporting to the USAO and the Court whether the BOP is able to provide adequate medical treatment to the defendant.

6. The parties hereby agree that the said medical records and defendant's May 16, 2006 Sentencing Memorandum with attached exhibits, which was filed under seal, may be made available to the BOP's medical and health services staff for the limited purpose of determining whether the BOP can provide adequate medical treatment of defendant's medical condition if he is incarcerated. The records may not be used for any other purpose (without defendant's and his counsel's consent).

7. The parties respectfully request the court to issue an order authorizing this limited release of defendant's sealed medical records.

8. Due to the time that it will take the BOP to review the medical records, and report back to the USAO and the court, it is

///
///
///
///
///

1 | possible that the USAO may have to ask for a brief delay of
2 | defendant's June 12, 2006 sentencing.

3 |     IT IS SO AGREED AND STIPULATED:

4 | Date: May __22__, 2006    DEBRA WONG YANG
                                 United States Attorney
5 |                                  THOMAS P. O'BRIEN
                                 Assistant United States Attorney
6 |                                  Chief, Criminal Division

7 |                                  /s/ Matthew E. Sloan
                                 MATTHEW E. SLOAN
8 |                                  Assistant United States Attorney
                                 Deputy Chief, Major Frauds Section
9 |
                                 Counsel for Plaintiff
10 |                                  United States of America

11 |
12 | Date: May ___, 2006

13 |                                  MARILYN E. BEDNARSKI

14 |                                  Counsel for Defendant
                                 Ronald Phillip Wallace

15
16
17
18
19
20
21
22
23
24
25
26
27
28

possible that the USAO may have to ask for a brief delay of defendant's June 12, 2006 sentencing.

IT IS SO AGREED AND STIPULATED:

Date: May _____, 2006

DEBRA WONG YANG
United States Attorney
THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division

_____
MATTHEW E. SLOAN
Assistant United States Attorney
Deputy Chief, Major Frauds Section

Counsel for Plaintiff
United States of America

Date: May 22, 2006

_____
MARILYN E. BEDNARSKI

Counsel for Defendant
Ronald Phillip Wallace

4

## [PROPOSED] ORDER RE: DISCLOSURE OF DEFENDANT'S SEALED MEDICAL RECORDS

Based upon the above stipulation and the record before the Court, IT IS HEREBY ORDERED as follows:

1. The United States Attorney's Office ("USAO") may release and disclose the confidential medical records of defendant Ronald P. Wallace ("defendant"), including without limitation, defendant's May 16, 2006 Sentencing Memorandum and all attached exhibits and documents (which were filed under seal) (collectively, "defendant's medical records"), to the medical and health services staff of the federal Bureau of Prisons ("BOP"). Defendant's medical records may only be used by the BOP for the limited purpose of determining whether the BOP can provide adequate treatment for defendant's medical condition if he is incarcerated.

2. Defendant's confidential medical records may only be reviewed by the BOP's medical and health services staff, and/or any outside health professionals or consultants retained by the BOP, and these records may only be used for the purposes of making the determination referred to in Paragraph 1, above.

IT IS SO ORDERED.

DATED: May 30, 2006

HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, **Shaton McDaniel**, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**STIPULATION RE: DISTRIBUTION OF SEALED MEDICAL RECORDS TO BUREAU OF PRISON'S MEDICAL STAFF; [PROPOSED] ORDER**

service was:

[ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[**XX**] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By hand delivery addressed as follows:

[ ] By facsimile as follows:

[ ] By messenger as follows:

[ ] By federal express as follows:

**MARILYN E. BEDNARSKI, ESQ.**
Kaye McLane & Bednarski
128 N Fair Oaks Ave, Suite 100
Pasadena, CA 91103

This Certificate is executed on **May 22, 2006** at Los Angeles, California.
I certify under penalty of perjury that the foregoing is true and correct.

*Shaton McDaniel*