# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Priority ☑
Send ☑
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

| Case No. | CR-04-01376-CBM   U.S.A. v. RONALD PHILLIP WALLACE | Date | 10/30/2006 |
|---|---|---|---|

Present: The Honorable **CONSUELO B. MARSHALL**

Interpreter

| Cynthia Salyer/Yvette Louis | Gary George | Matt E. Sloan, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Ronald Phillip Wallace | X | | X | Marilyn E. Bednarski | X | | X |
| | | | | Kevin J. LuHue | X | | X |

**Proceedings:** SENTENCING (EVIDENTIARY HEARING)

Case called, appearances made. Court and counsel discuss. Witnesses called and exhibits admitted.

Dr. Paul Miskovitz called, sworn, and testified.

Dr. Richard Bochner called, sworn, and testified.

Dr. Daniel S. Murphy called, sworn and testified.

Dr. James Pelton called, sworn, and testified. Subject to recall.

This matter is continued to November 27, 2006 at 10:00 a.m.

DOCKETED ON CM
NOV - 1 2006
BY ___ 029

3 : 48

Initials of Deputy Clerk  Y.L.

cc: U.S.P.O