1   MARILYN E. BEDNARSKI (SBN 105322)
    KAYE, McLANE & BEDNARSKI
2   Attorneys at Law
    128 North Fair Oaks Avenue, Ste. 100
3   Pasadena, California  91103
    Telephone (626) 844-7660
4   Facsimile (626) 844-7670
    mbednarski_kmb@earthlink.net
5

6   Attorneys for Defendant
    RONALD  P. WALLACE
7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                        WESTERN DIVISION

11

12  UNITED STATES OF AMERICA,        )   NO. CR 04-1376-CBM
                                     )
13            Plaintiff,             )   EXHIBITS 12 THROUGH 16 TO
                                     )   SUPPLEMENTAL SENTENCING
14        v.                         )   MEMORANDUM
                                     )
15  RONALD  P. WALLACE,              )   Hearing Date:   February 5, 2007
                                     )   Hearing Time:  10:00 a.m.
16            Defendant.             )
                                     )
17  _____ )

18

19        Ronald P. Wallace, by and through his counsel of record Marilyn E. Bednarski

20  hereby files Exhibits 12 through 16 concurrently with the defendant's Supplemental

21  Sentencing Memorandum and Exhibits 7 through 11.

22

23  Dated: January 30, 2007          Respectfully submitted,

24

25                                   By_____/s/_____

26                                      Marilyn E. Bednarski
                                        Attorney at Law
27

28