# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | CR04-1376 CBM |
| Date | Feb. 12, 2007 |

Present: The Honorable **CONSUELO B. MARSHALL**

Interpreter  n/a

| Joseph M. Levario | Wil Wilcox | Matt E. Sloan |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Ronald Phillip Wallace | x | | x | Marilyn E. Bednarski | x | | x |

**Proceedings:**   Sentencing

other: Refer to separate Judgment Order.

                                                                        2  :  25

Initials of Deputy Clerk   JL (Joseph Levario)

cc:  counsel of record & Probation LA